## A93A1589. SMITH v. THE STATE.
(453 SE2d 145)

ANDREWS, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *State v. Smith,* 264 Ga. 634 (452 SE2d 90) (1994), our decision in *Smith v. State,* 211 Ga. App. 567 (440 SE2d 44) (1993) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Beasley, C. J., McMurray, P. J., Birdsong, P. J., Pope, P. J., Johnson, Blackburn, Smith and Ruffin, JJ., concur.*

DECIDED JANUARY 24, 1995.

*Williams & Associates, Rita T. Williams,* for appellant.
Winston J. Smith, *pro se.*
*Ralph T. Bowden, Jr., Solicitor, Jacqueline R. Seabolt, Cliff Howard, Assistant Solicitors,* for appellee.